UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL RUSLANOV,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA CITY<br>CORRECTIONAL FACILITY, et al.,<br><br>        Respondents. | No.  1:26-cv-01459-JLT-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**[FIVE-DAY DEADLINE]** |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 24, 2026, the Court issued an order directing Respondents to file a copy of the Immigration Judge's order with respect to the March 4, 2026, bond redetermination hearing. (Doc. 16.) Respondents were directed to do so within fourteen days or provide a status update. Over fourteen days have passed, and Respondent has failed to comply.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within five (5) days of service of this Order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to

1

comply with a court order.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                        /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE